**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ, | No. C 06-4772 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| HOREL (warden), | |
| Defendant. / | |

Plaintiff has filed an <u>ex parte</u> request for a fourteen-day extension of time to file his opposition to the defendants' summary judgment motion. Upon due consideration of the request, the court GRANTS it. (Docket # 16.)

1. Plaintiff must file and serve on defense counsel his opposition to the summary judgment or other dispositive motion no later than **April 27, 2007**.

2. Defendants must file and serve their reply brief, if any, no later than **May 18, 2007**.

IT IS SO ORDERED.

Dated: April 3, 2007

SUSAN ILLSTON
United States District Judge