**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HOREL (warden),<br><br>    Defendant.<br>_____ / | No. C 06-4772 SI (pr)<br><br>**ORDER DENYING LEAVE FOR PLAINTIFF TO FILE MOTION FOR RECONSIDERATION** |

Plaintiff's motion for leave to file a motion for reconsideration is DENIED. (Docket # 30.) This denial is without prejudice to plaintiff filing a new motion within thirty days if he attaches to it (1) a copy of the settlement agreement or court order that allegedly states, "Significant changes to the methods of prison gang identification will require prison officials to record an 'articulable basis' that prisoners are <u>engaging in criminal or unlawful acts</u> on behalf of a prison gang," Motion, p. 1:23-26, and (2) a copy of the regulation that allegedly states, "It is necessary that a document show that the inmate <u>directed or engaged in criminal acts</u> to use the evidence to validate him as an associate of a prison gang," Motion, p. 4:7-10. The underscored language should be highlighted by plaintiff on the copies of the documents he files and serves with any renewed motion.

IT IS SO ORDERED.

Dated: 5/31/07 _____

_____
SUSAN ILLSTON
United States District Judge