United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ,<br><br>    Plaintiff,<br><br>    v<br><br>HOREL, (warden),<br><br>    Defendants. | Case No C 06-4772 SI<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>November 27, 2007</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation by phone.

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  (3)   The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on _____.

8  ☒ The parties are unable to reach an agreement at this time.  However, the parties

9  have agreed to a bench trial before Judge Vadas.  The Deputy Attorney General will

10 prepare the stipulation for Plaintiff's signature.

11 Date:  11/28/07

12                                                                           Nandor J Vadas
                                                                              United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ | No. C 06-4772 SI |
| v. | CERTIFICATE OF SERVICE |
| HOREL  _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/28/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jose Carlos Lopez**
J-64886
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532


RICHARD W. WIEKING, CLERK


By: /s/_____
            Deputy Clerk

3