UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ, | No. C 06-4772 SI (pr) |
| Plaintiff, | **ORDER FOR ASSIGNMENT OF CASE TO MAGISTRATE JUDGE** |
| v. | |
| HOREL (warden), | |
| Defendant. | |

The parties have consented to proceed before a United States Magistrate Judge for all further proceedings, including trial and entry of judgment. Accordingly, the clerk shall cause this action to be assigned to a magistrate judge for all purposes, including a trial (if necessary) and entry of judgment.

IT IS SO ORDERED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge