IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ, | No. C 06-4772 NJV |
| Plaintiff, | ORDER |
| WARDEN HOREL, | |
| Defendants. / | |

GOOD CAUSE APPEARING:

    Trial in this matter is to commence on February 4, 2008 at 9:00 a.m. in Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA. Parties shall submit trial briefs and any other in limine motions no later than close of business January 25, 2008 to 514 H Street, Eureka, California 95501 or Post Office Box 1306, Eureka, California 95502.

Dated: January 9, 2008

                                                      NANDOR J. VADAS
                                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOPEZ

v.

HOREL

_____/

No. C 06-4772 NJV

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jose Carlos Lopez**
J-64886
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By: /s/_____
　　　　Deputy Clerk

2