IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE CARLOS LOPEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**HOREL (warden),**<br><br>　　　　　　　　　　Defendant. | C 06-4772 NJV<br><br>[PROPOSED] **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JOSE CARLOS LOPEZ, CDCR No. J-64886** |

Plaintiff, **JOSE CARLOS LOPEZ, CDCR No. J-64886**, a necessary and material witness in proceedings in this case **beginning on February 4, 2008, at 9:00 a.m.**, is confined at Pelican Bay State Prison in the custody of Warden Robert Horel. In order to secure this inmate's attendance at the trial scheduled for February 4, 2008 in Courtroom D of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Jose Carlos Lopez, CDCR No. J-64886, to produce said inmate in **Courtroom D of the United States District Courthouse, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, the Honorable Nandor Vadas presiding, beginning on February 4, 2008, at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testifcandum issue, under the seal of this court, commanding the Warden of Pelican Bay State Prison and the California Department of

| | |
|---:|:---|
| 1 | Corrections and Rehabilitation to produce inmate **JOSE CARLOS LOPEZ, CDCR No. J-** |
| 2 | **64886,** to testify in the United States District Court for the Northern District of California at the |
| 3 | time and place above, until completion of court proceedings or as ordered by the Court, and |
| 4 | thereafter to return the inmate to the above institution. |
| 5 | 2. The custodian is ordered to notify the Court of any change in custody of this inmate |
| 6 | and is ordered to provide the new custodian with a copy of this writ. |
| 7 | **WRIT OF HABEAS CORPUS AD TESTIFCANDUM** |
| 8 | To: The Warden of Pelican Bay State Prison, |
| 9 | **YOU ARE COMMANDED** to produce inmate **JOSE CARLOS LOPEZ, CDCR No. J-** |
| 10 | **64886,** to testify in the United States District Court for the Northern District of California at the |
| 11 | time and place above, until completion of court proceedings or as ordered by the Court, and |
| 12 | thereafter to return the inmate to the above institution. |
| 13 | **FURTHER,** you have been ordered to notify the Court of any change in custody of this |
| 14 | inmate and to provide the new custodian with a copy of this writ. |
| 15 | **IT IS SO ORDERED.** |
| 16 | |
| 17 | |
| 18 | Dated: 1/15/08 |
| 19 | The Honorable Nandor Vadas<br>United States Magistrate Judge |