1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

JOSE CARLOS LOPEZ,                                    No.  C 06-4772 NJV

12

        Plaintiff,                                    ORDER

13

WARDEN HOREL  ,

14

        Defendants.

15

_____/

16

      Plaintiff in this matter failed to provide proof of service to opposing counsel.  Pursuant to

17

Local Rule 5-1, Plaintiffs Motions for Appointment of Counsel for Deposition, For Order Granting

18

Plaintiff's Motion to File a Deposition Upon Written Questions To Defendant, For Attempt To Early

19

Settlement of Case, and Plaintiff's In Limine Motions are DENIED without prejudice to refile.

20

      SO ORDERED.

21

Dated:  January 30, 2008

22
23

_____
NANDOR J. VADAS
United States Magistrate Judge

24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ, | No.  C 06-4772 NJV |
| v. | CERTIFICATE OF SERVICE |
| HOREL.                    / | |

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jose Carlos Lopez**
J-64886
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK


By: /s/_____
            Deputy Clerk