IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ, | No. C 06-4772 NJV |
| Plaintiff, | ORDER |
| WARDEN HOREL , | |
| Defendants. / | |

Having heard this matter at trial, this court is hereby returning documents dated March 6, 2008 and received March 17, 2008 from Plaintiff, Jose Carlos Lopez as ex parte communications. Plaintiff should direct all filings in this matter to the Clerk of the Court, 450 Golden Gate Avenue, San Francisco, CA 94102 and should serve opposing counsel with all such filings.

SO ORDERED:

Dated: 4/2/08

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOPEZ,

v.

HOREL

_____/

No. C 06-4772

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/7/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jose Carlos Lopez**
Pelican Bay State Prison
SHU C10-221
J-64886
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

2